1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Margret M. Caruso (Bar No. 243473)
2    margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100

5  Attorneys for Defendant Google, Inc.

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GROUPION, LLC a California Limited Liability Company, | CASE NO. CV11-0870 |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE, INC., TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT ; |
| vs. | ORDER |
| GROUPON, INC., a Delaware Corporation, THE POINT, INC., a Delaware Corporation, and GOOGLE, INC., a Delaware Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Groupion, LLC and Defendant Google, Inc. ("Google") that Google shall respond to the complaint in the above captioned matter by April 15, 2011. Pursuant to Local Rule 6-1(a), this enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

| | | |
|---|---|---|
| DATED: March ___, 2011 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By _/s/ Margret M. Caruso_
Margret M. Caruso
Attorneys for Defendant Google, Inc.

DATED: March 18, 2011    COMPUTERLAW GROUP LLP

By _/s/ Jack Russo_
Jack Russo
Christopher Sargent
Attorneys for Plaintiff Groupion, LLC..

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*