1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  CLIFFORD C. WEBB (CSB No. 260885)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Defendants
   GROUPON, INC. and THE POINT, INC.

7
   **[ADDITIONAL PARTY APPEARS ON
8  SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GROUPION, LLC, a California limited liability company, | CASE NO. 3:11-cv-00870-EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER |
| v. | [Civil L.R. 6-1] |
| GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation, | |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          1          CASE NO. 3:11-cv-00870-EMC

1  **IT IS HEREBY STIPULATED** pursuant to Civil L. R. 6-1, between Plaintiff
2  Groupion, LLC ("Groupion") and Defendants Groupon, Inc. and The Point, Inc. (collectively,
3  "Defendants"), that the time for Defendants to respond to Plaintiff's Complaint shall be extended to
4  April 15, 2011.

5  **IT IS SO STIPULATED.**

6  Dated: March 28, 2011                           FENWICK & WEST LLP

8                                                  By: */s/ Jedediah Wakefield*
                                                        Jedediah Wakefield

10                                                 Attorneys for Defendants
                                                   Groupon, Inc. and The Point, Inc.

11 Dated: March 28, 2011                           COMPUTERLAW GROUP LLP

13                                                 By: */s/ Christopher Sargent*
                                                        Christopher Sargent

15                                                 Attorneys for Plaintiff
                                                   Groupion, LLC

17                              **ATTORNEY ATTESTATION**

18  Pursuant to General Order 45, I hereby attest that concurrence in the filing of this
19 document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within
20 this e-filed document.

22                                                 */s/ Jedediah Wakefield*
                                                    Jedediah Wakefield

24 IT IS SO ORDERED:

26 _____
27 Edward M. Chen
   U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT        2        CASE NO. 3:11-cv-00870-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO