QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Joelle S. Perry (Bar No. 275244)
  joelleperry@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendant Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GROUPION, LLC a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GROUPON, INC., a Delaware Corporation, THE POINT, INC., a Delaware Corporation, and<br>GOOGLE INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. CV11-0870<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Defendant Google Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: April 13, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _/s/ Margret M. Caruso_____
   Margret M. Caruso
   Attorneys for Defendant Google, Inc.