1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  CLIFFORD C. WEBB (CSB No. 260885)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone:  415.875.2300
5  Facsimile:  415.281.1350

6  Attorneys for Defendant
   GROUPON, INC.
7

8  **[Additional Parties Appear On Signature Page]**

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | GROUPION, LLC., a California limited liability company, | Case No.: 3:11-cv-00870-JSW |
15 |  | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ASSIGNMENT TO A MAGISTRATE JUDGE** |
   | Plaintiff, | |
16 | v. | |
17 | GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation, | |
18 | | |
19 | Defendants. | |
20

In accordance with the Court's Order at the Initial Case Management Conference on June 10, 2011 (*see* Dkt. No. 24), the parties have conferred regarding the possibility of consenting to a United States Magistrate Judge in this action and have been unable to reach an agreement. The parties may however be able to reach such an agreement pending discussions on other subjects, including Plaintiff's request for an earlier trial date and hereby respectfully request an extension of time to file such a consent or declination to June 27, 2011.

**IT IS SO STIPULATED**.

Dated: June 17, 2011　　　FENWICK & WEST LLP

　　　　　　　　　　　　By: /s/ Clifford C. Webb
　　　　　　　　　　　　　　Clifford C. Webb

　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　GROUPON, INC.

Dated: June 17, 2011　　　COMPUTER LAW GROUP LLP

　　　　　　　　　　　　By: /s/ Jack Russo
　　　　　　　　　　　　　　Jack Russo

　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　GROUPION, LLC

Dated: June 17, 2011　　　QUINN EMANUEL URQUHART & SULLIVAN LLP

　　　　　　　　　　　　By: /s/ Margret M. Caruso
　　　　　　　　　　　　　　Margret M. Caruso

　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　GOOGLE, INC.

## ATTORNEY ATTESTATION

In accordance with the Court's General Order No. 45, dated November 18, 2004, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a 'conformed' signature (/s/) within this e-filed document.

/s/ Clifford C. Webb
Clifford C. Webb

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 22, 2011          By: _Jeffrey S. White_
                                  Honorable Jeffrey S. White

JOINT STIP. AND [~~PROPOSED~~] ORDER RE
ASSINGMENT TO A MAGISTRATE JUDGE          3          Case No.: 3:11-cv-00870-JSW