1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  CLIFFORD C. WEBB (CSB No. 260885)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Defendant
   GROUPON, INC.
7
   **[ADDITIONAL PARTY APPEARS ON
8  SIGNATURE PAGE]**

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | GROUPION, LLC, a California limited liability company, | CASE NO. 3:11-cv-00870-JSW |
15 | | **STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFF GROUPION LLC'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTION (DKT. NO. 31)** |
   | Plaintiff, | |
16 | v. | |
17 | GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation, | [Civil L.R. 6-3] |
18 | | |
19 | Defendants. | Before:  The Hon. Jeffrey S. White |
20 | | Date:    November 4, 2011 |
   | | Time:    9:00 A.M. |

---

STIPULATION TO SET BRIEFING SCHEDULE          1              CASE NO. 3:11-cv-00870-JSW

WHEREAS, on August 15, 2011 Plaintiff Groupion, LLC filed a Motion for Summary and Request for Preliminary Injunction, Dkt. No. 31 ("Motion");

WHEREAS, under Civil Local Rule 7-3, the deadline for Groupon to file an opposition to the Motion is currently August 29, 2011, with Groupion's reply due on September 6, 2011;

WHEREAS, the parties believe that an extension of these deadlines would allow for a more orderly process and more effective way to address all the issues presented by the Motion;

WHEREAS, the date currently noticed for a hearing on the Motion is November 4, 2011, and the parties wish to preserve that hearing date;

**IT IS HEREBY STIPULATED** pursuant to Civil L. R. 6-3, between Plaintiff Groupion and Defendant Groupon, that the time for Groupon to file an opposition to the Motion shall be extended to October 7, 2011, and the time for Groupion to file a reply shall be extended to October 21, 2011. The parties also respectfully request that the hearing date on the Motion be kept at November 4, 2011.

**IT IS SO STIPULATED.**

Dated: August 19, 2011          FENWICK & WEST LLP

                                By: */s/ Jedediah Wakefield*
                                    Jedediah Wakefield
                                    Attorneys for Defendant
                                    Groupon, Inc.

Dated: August 19, 2011          COMPUTERLAW GROUP LLP

                                By: */s/ Jack Russo*
                                    Jack Russo
                                    Attorneys for Plaintiff
                                    Groupion, LLC

### ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

                                */s/ Jedediah Wakefield*
                                Jedediah Wakefield

STIPULATION TO SET BRIEFING SCHEDULE      2      CASE NO. 3:11-cv-00870-JSW

[PROPOSED] ORDER

Due to the parties' failure to show good cause, the Court DENIES the parties' stipulation. This Order is without prejudice to the parties moving again to continue their deadlines upon a showing of good ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ cause.

Dated: August 22, 2011

_____
The Honorable Jeffrey S. White