1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   E-mail: jrusso@computerlaw.com
5          csargent@computerlaw.com

6  Attorneys for Plaintiff
   GROUPION, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | GROUPION, LLC a California limited liability company, | Case No. 3:2011-cv-00870-JSW |
13 | | |
   | Plaintiffs, | **DECLARATION OF JACK RUSSO, ESQ., IN SUPPORT OF PLANTIFF GROUPION, LLC'S OPPOSITION TO DEFENDANT GROUPON, INC.'S OBJECTION TO REPLY EVIDENCE AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTION** |
14 | vs. | |
15 | GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and, GOOGLE, INC., a Delaware corporation, | |
16 | | |
17 | Defendants. | |
18 | | |
19 | | Before:    The Hon. Jeffrey S. White |
20 | | Date filed: September 14, 2011 |

---

Russo Decl. ISO Plaintiff's Opp. To Def. Admin. Mot.
For Leave to File Supp. Brief                                         Case No. 3:11-cv-00870-JSW

**Computerlaw Group LLP**
computerlaw.com℠

I, Jack Russo, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of California at the law firm of Computerlaw Group LLP, counsel for Plaintiff Groupion LLC. I make the statements herein of my personal knowledge, except where stated on information and belief, which statements I believe to be true. I could and would competently testify to the matters stated herein if I were called as a witness.

2. On September 13, 2011, I was informed by an attorney in my firm that Groupon's counsel had requested by telephone an agreement (by way of stipulation) to allow Groupon to file a supplemental brief in reply to Plaintiff's Reply to Groupon's Opposition to Plaintiff's Motion for Summary Judgment and Request for Preliminary Injunction.

3. On September 13, 2011, I responded by letter to Groupon's request by explaining that I believed that Plaintiff Groupion had not submitted any new evidence or arguments in its reply brief and that I did not believe that further briefing by Groupon was justified. A true and correct copy of my September 13, 2011, letter is attached as Exhibit 1.

4. I did not receive a response to the letter that I sent on September 13, 2011, to Groupon's counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed this 14th day of September, 2011 in Palo Alto, California.

_____/s/ Jack Russo_____
Jack Russo

**Computerlaw Group LLP**
computerlaw.com<sup>sm</sup>

Russo Decl. ISO Plaintiff's Opp. To Def. Admin. Mot.
For Leave to File Supp. Brief    1    Case No. 3:11-cv-00870-JSW