**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROUPION, LLC.,

    Plaintiff,

v.

GROUPON, INC., et al..,

    Defendants.
_____/

No. C 11-00870 JSW

**ORDER VACATING HEARING**

The motions filed by plaintiff Groupion, LLC for a preliminary injunction, for summary judgment, and for declaratory judgement are currently set for hearing on November 4, 2011, at 9:00 a.m. This matter is fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for November 4, 2011 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 3, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE