1 | JACK RUSSO (State Bar No. 96068)
2 | CHRISTOPHER SARGENT (State Bar No. 246285)
  | COMPUTERLAW GROUP LLP
  | 401 Florence Street
3 | Palo Alto, CA 94301
  | Telephone: (650) 327-9800
4 | Facsimile: (650) 618-1863
  | E-mail: jrusso@computerlaw.com
5 |         csargent@computerlaw.com

6 | Attorneys for Plaintiff
  | GROUPION, LLC

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | GROUPION, LLC a California limited liability company,    |    Case No. 3:2011-cv-00870-JSW

13 |            Plaintiffs,    |    **STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT GROUPON, INC.'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 83)**

14 |      vs.

15 | GROUPON, INC., a Delaware corporation,
   | THE POINT, INC., a Delaware corporation, and,
16 | GOOGLE, INC., a Delaware corporation,

17 |            Defendants.

1  WHEREAS, on December 19, 2011, Defendant Groupon, Inc. ("Groupon") filed its Motion
2  for Summary Judgment, Dkt. No. 83 ("Motion"), with a hearing date of April 20, 2012;
3  WHEREAS, under Civil Local Rule 7-3, the deadline for Plaintiff Groupion, LLC
4  ("Groupion") to file an opposition to the Motion is currently January 2, 2012;
5  WHEREAS, Groupon has no objection to extending the deadline for the filing of Groupion's
6  opposition to January 9, 2012, and Groupion has no objection to extending the deadline for the filing
7  of Groupon's reply to January 23, 2012;
8  WHEREAS, there is good cause for this proposed extension in that the office of the attorneys
9  representing Groupion (COMPUTERLAW GROUP LLP), will be closed from December 23, 2011,
10 to January 2, 2012, and the two attorneys working on the case, both Jack Russo and Robert Lux, have
11 pre-paid family vacations in which they will be out of state for the week between December 24, 2011,
12 through at least January 2, 2012, and will not have adequate time or opportunity in which to prepare
13 the opposition and communicate with their clients due to the holidays, and further, lead counsel for
14 Groupon has previously scheduled family commitments from January 14 through 16, 2012;
15 WHEREAS, this Stipulation will have no effect on the date of hearing for Defendant
16 Groupon's Motion for Summary Judgment;
17 **IT IS HEREBY STIPULATED** pursuant to Civil Rule 6-3, between Plaintiff Groupion,
18 LLC and Defendant Groupon, Inc., that the time for Plaintiff Groupion to file an opposition to the
19 Motion will be extended to January 9, 2012, and the time for Groupon to file a reply will be extended
20 to January 23, 2012. The parties also respectfully request that the hearing date on the Motion be kept
21 at April 20, 2012.
22 **IT IS SO STIPULATED.**
23 //
24 //
25 //
26 //
27 //

Dated: December 22, 2011                               COMPUTERLAW GROUP LLP

                                                       By:   /s/  Jack Russo
                                                       Jack Russo
                                                       Christopher Sargent
                                                       Attorneys for Plaintiff GROUPION LLC

Dated: December 22, 2011                               FENWICK & WEST LLP

                                                       By:   /s/ Jedediah Wakefield
                                                       Jedediah Wakefield
                                                       Attorneys for Defendants
                                                       GROUPON, INC. and THE POINT, INC.

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a 'conformed' signature (/s/) within this e-filed document.

                                                       By:   /s/  Jack Russo
                                                       Jack Russo
                                                       Attorneys for Plaintiff GROUPION LLC

## [PROPOSED] ORDER

The Court hereby GRANTS the parties Stipulation.

Dated: December 23, 2011                               _____
                                                       The Honorable Jeffrey S. White