United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUPION, LLC., <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC., et al.., <br><br> Defendants. | No. C 11-00870 JSW <br><br> **ORDER TO GROUPION, LLC. TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE FILED IN THE PUBLIC RECORD** |

On December 19, 2011 and April 13, 2012, Groupon, Inc. filed requests for sealing orders pursuant to Northern District Civil Local Rule 79-5(d), in which it seeks to file under seal documents designated as confidential by Groupion, LLC.. Pursuant to Rule 79-5(d), when such requests are made, within seven days thereafter, "the designating party must file with the Court and serve a declaration establishing that the designated information is sealable." If the designating party fails to file such a declaration, "the document or proposed filing will be made part of the public record." N.D. Civ. Local Rule 79-5(d).

Groupion's declarations were due to be filed by December 26, 2011 and April 20, 2012, respectively, but have not yet been filed. Accordingly, by no later than noon on April 25, 2012, Groupion is HEREBY ORDERED to show cause why the documents they designated as confidential referenced in Groupon's motions should not be publicly filed. If Groupion fails to show good cause, the Court will order that the documents referenced in Groupon's motions to seal shall be filed in the public record. The Court notes that this is the last time it will remind any party to this case of their obligations under Local Rule 79-5(d). In the future, failure to file the requisite declaration within the required time period pursuant to Rule 79-5(d) will

*automatically* result in the Court denying a motion to seal and ordering the exhibits filed in the public record.

**IT IS SO ORDERED.**

Dated: April 23, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE