**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROUPION, LLC.,

    Plaintiff,

  v.

GROUPON, INC., et al..,

    Defendants.

No. C 11-00870 JSW

**ORDER VACATING HEARING REGARDING GROUPON'S MOTION FOR SUMMARY JUDGMENT**

The motion filed by Groupon, Inc. for summary judgment is currently set for hearing on April 27, 2012, at 9:00 a.m. This matter is fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 27, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE