1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTER LAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   Email: jrusso@computerlaw.com
5         csargent@computerlaw.com

6  Attorneys for Plaintiff
   GROUPION, LLC
7  [and Specially Appearing
   For Counter-Defendant Peter-Christoph Haider]
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12

13 | GROUPION, LLC a California limited liability company, | Case No. 3:11-cv-00870-JSW (MEJ) |

14 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR GROUPION'S MOTION FOR RECONSIDERATION** |

15 | v. |

16 | GROUPON, INC., a Delaware corporation,
17 | THE POINT, INC., a Delaware corporation, and,
18 | GOOGLE, INC., a Delaware corporation, | Date: June 29, 2012
Time: 9:00 a.m.
Dept.: Courtroom 11, 19th Floor
Judge: The Honorable Jeffrey S. White |

19 | Defendants. |

20 | GROUPON, INC., a Delaware corporation,

21 | Counterclaimant,

22 | v.

23 | GROUPION, LLC a California limited liability company, and PETER-CHRISTOPH
24 | HAIDER, an individual,

25 | Counterclaim Defendants.

26

27

28

COMPUTERLAW
GROUP LLP
www.computerlaw.com℠  Stipulation and [Proposed] Order Setting Briefing Sch.                    Case No. 3:11-cv-00870-JSW

## RECITALS

WHEREAS, the Court has granted in part and denied in part, pursuant to its Order dated May 23, 2012 (Dkt. 153), Plaintiff Groupion's Motion for Leave to File Motion for Reconsideration;

WHEREAS, the Court did not set a specific date for further briefing of the Plaintiff's motion for reconsideration nor is one dictated by the Local Rules;

WHEREAS, there is currently on the Court's docket and set for June 29, 2012, Counter-defendants' Summary Judgment Motion;

WHEREAS, the parties wish to effectively and efficiently use the Court's resources by setting June 29, 2012 as the consolidated date for hearing both motions;

## STIPULATION AND [~~PROPOSED~~] ORDER

NOW, THEREFORE, for good cause shown, the Parties hereby jointly stipulate and submit to the Court for entry as an Order the following schedule:

1. Plaintiff will file its opening brief on the motion for reconsideration by June 8, 2012;
2. Defendant will file its opposition brief thereto by no later than June 22, 2012;
3. Plaintiff will file its reply brief, if any, thereby by no later than June 25, 2012; and,
4. ~~The Court will consolidate the hearing on this motion to the June 29, 2012 date currently set for hearing of the pending motion for summary judgment.~~

The Court will hear the motion for reconsideration on August 3, 2012 and will continue Groupion's motion for summary judgment to be heard on August 3, 2012 as well.

//
//
//
//
//
//
//
//
//

**IT IS SO AGREED:**

            COMPUTERLAW GROUP LLP

Dated: June 4, 2012     By: /s/ Jack Russo
               Jack Russo
               Christopher Sargent

               Attorneys for Plaintiff
               GROUPION LLC

            FENWICK & WEST LLP

Dated: June 4, 2012     By: /s/ Jedediah Wakefield
               Jedediah Wakefield

               Attorneys for Defendant
               GROUPON, INC.

**IT IS SO ORDERED,** AS MODIFIED ABOVE.

Dated: June 5, 2012          Jeffrey S. White
               United States District Court Judge