JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com
       csargent@computerlaw.com

Attorneys for Plaintiff
GROUPION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUPION, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: 3:11-cv-00870-JSW (MEJ)<br><br>**[PROPOSED] ORDER TO DISMISS DEFENDANT GOOGLE, INC., WITHOUT PREJUDICE** |
| GROUPON, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>GROUPION, LLC, a California limited liability company, and PETER-CHRISTOPH HAIDER, an individual,<br><br>    Counterclaim Defendants. | |

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of the Parties, Defendant Google, Inc., is hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own attorney fees and costs.

Dated: __September 7__, 2012

                                                       _____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge