JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
CLIFFORD C. WEBB (CSB No. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant and Counterclaimant
GROUPON, INC.

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUPION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 3:11-cv-00870-JSW (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PRETRIAL SUBMISSIONS** |

1  WHEREAS, the date for Pretrial Conference was set as October 9, 2012 and date for Trial set as October 29, 2012, pursuant to the Court's Order Granting Motion for Leave to File Counterclaims and Denying Motion to Continue the Motion for Summary Judgment (Dkt. 108);

WHEREAS, Pretrial submissions are to be filed by the Parties on September 25, 2012, fourteen days prior to the Pretrial Conference, pursuant to the Court's Guidelines for Trial and Pretrial Conference in Civil Jury Cases ¶ 2(a)-(j);

WHEREAS, the Parties have been also ordered to participate in a Settlement Conference before Magistrate Judge Nathanael M. Cousins on that same day, September 25, 2012, pursuant to the Court's Order Setting Settlement Conference (Dkt. 193);

WHEREAS, the Parties wish to devote the full day of the Settlement Conference to settlement discussions in order to attempt a full resolution of the case; and

WHEREAS, the Parties have met and conferred and reached agreement that the date for filing of Pretrial Submissions should be continued for two days to September 27, 2012 – subject the Court's approval – in order to facilitate effective settlement discussion before the Magistrate Judge.

**IT IS HEREBY STIPULATED**, between Counterclaim Defendants Groupion LLC and Peter Chrisoph Haider and Counterclaimant Groupon, and the parties respectfully request that the Court continue the date for filing of Pretrial Submissions from September 25, 2012 September 27, 2012.

**IT IS SO STIPULATED.**

Dated: September 21, 2012          FENWICK & WEST LLP

                                   By: */s/Jedediah Wakefield*
                                       Jedediah Wakefield
                                       Attorneys for Counterclaimant
                                       Groupon, Inc.

Dated: September 21, 2012          COMPUTERLAW GROUP LLP

                                   By: */s/Jack Russo*
                                       Jack Russo
                                       Attorneys for Counterclaim Defendants
                                       Groupion, LLC and Peter Christoph Haider

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION,** and good cause appearing, the date for filing of Pretrial Submissions is hereby continued to September 27, 2012 at 1 a.m./p.m., **IT IS SO ORDERED.**

Dated: September 24, 2012

_____
The Honorable Jeffrey S. White