IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUPION, LLC., | |
| Plaintiff, | No. C 11-00870 JSW |
| v. | |
| GROUPON, INC., et al.., | **ORDER (1) SETTING HEARING ON MOTION TO AMEND AND (2) CONTINUING PRETRIAL CONFERENCE AND TRIAL** |
| Defendants. | |

In its trial brief filed on September 27, 2012, Groupion, LLC ("Groupion") purports to bring six motions. The Court will address these purported motions in a separate order.

On October 3, 2012, Groupion filed a motion for leave to file an amended and supplemental complaint, but failed to notice this motion for a hearing date. The Court HEREBY SETS the hearing on this motion for November 16, 2012 at 9:00 a.m. The Court FURTHER ORDERS that the pretrial conference and trial are CONTINUED to December 4, 2012 at 2:00 p.m. and to January 7, 2013 at 8:00 a.m., respectively. This continuance is solely to provide the Court an opportunity to address the new motions filed by Groupion. This is not an opportunity for the parties to file any more pretrial submissions. If the Court grants the

///
///
///
///

motion to amend and supplement, the Court will address how the new complaint will affect the trial at that time.

**IT IS SO ORDERED.**

Dated: October 4, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2