JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
CLIFFORD C. WEBB (CSB No. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant and Counterclaimant
GROUPON, INC.

JACK RUSSO (CSB No. 96068)
jrusso@computerlaw.com
CHRISTOPHER SARGENT (CSB No. 246285)
csargent@computerlaw.com
COMPUTERLAW GROUP LLC
401 Florence Street
Palo Alto, CA 94301
Telephone: 650.327.9800
Facsimile: 650.618.1863

Attorneys for Plaintiff and Counterclaim
Defendant GROUPION, LLC and Specially
Appearing for PETER-CHRISTOPH HAIDER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUPION, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation,<br><br>　　　　Defendants.<br><br>GROUPON, INC., a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>GROUPION, LLC, a California limited liability company, and PETER-CHRISTOPH HAIDER, an individual<br><br>　　　　Counterclaim Defendants. | Case No.: 3:11-cv-00870-JSW (MEJ)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE NOVEMBER 16, 2012 HEARING OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT** |

1  Having reviewed the parties' Joint Motion for Administrative Relief to Continue the
2  November 16, 2012 Hearing of Plaintiff's Motion for Leave to File Second Amended and
3  Supplemental Complaint (Dkt. 242), and good cause appearing, the hearing currently scheduled
4  for November 16, 2012 is hereby continued until December 4, 2012 at 2:00 p.m.
5  **IT IS SO ORDERED.**
6
7  Dated: November 14, 2012
8  _____
   The Honorable Jeffrey S. White
   United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING JOINT
ADMIN MOTION TO CONTINUE NOV. 16,
2012 HEARING

CASE NO. 3:11-cv-00870-JSW (MEJ)