JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
CLIFFORD C. WEBB (CSB No. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant and Counterclaimant
GROUPON, INC.

JACK RUSSO (CSB No. 96068)
jrusso@computerlaw.com
CHRISTOPHER SARGENT (CSB No. 246285)
csargent@computerlaw.com
COMPUTERLAW GROUP LLC
401 Florence Street
Palo Alto, CA 94301
Telephone: 650.327.9800
Facsimile: 650.618.1863

Attorneys for Plaintiff and Counterclaim
Defendant GROUPION, LLC and Specially
Appearing for PETER-CHRISTOPH HAIDER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUPION, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GROUPON, INC., a Delaware corporation, THE POINT, INC., a Delaware corporation, and GOOGLE, INC., a Delaware corporation,<br><br>　　　　Defendants.<br><br>GROUPON, INC., a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>GROUPION, LLC, a California limited liability company, and PETER-CHRISTOPH HAIDER, an individual<br><br>　　　　Counterclaim Defendants. | Case No.: 3:11-cv-00870-JSW (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE** |

JOINT STIPULATION AND [PROPOSED] ORDER

Case No.: 3:11-cv-00870-JSW (MEJ)

WHEREAS, on August 20, 2012, this Court ordered that the parties appear at a settlement conference before one of the district's Magistrate Judges (Dkt. 192), and said settlement conference took place on September 24, 2012 before Magistrate Judge Cousins;

WHEREAS, the parties were subsequently able to reach an agreement in principle settling all claims in the litigation;

WHEREAS, the parties have worked diligently to finalize settlement documentation and related documents, but do not expect to have that documentation completed before the December 4, 2012 pretrial conference; and

WHEREAS, the parties do not wish to expend resources on or burden the Court with further trial preparation work in light of the impending settlement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that all currently pending case deadlines be vacated, and that counsel for the parties shall either file dismissals of the action or report to Magistrate Judge Cousins for a further settlement conference on or before December 14, 2012.

**IT IS SO STIPULATED.**

Dated: November 30, 2012              FENWICK & WEST LLP

                                      By: */s/Jedediah Wakefield*
                                          Jedediah Wakefield
                                          Attorneys for Counterclaimant
                                          Groupon, Inc.

Dated: November 30, 2012              COMPUTERLAW GROUP LLP

                                      By: */s/Jack Russo*
                                          Jack Russo
                                          Attorneys for Counterclaim Defendants
                                          Groupion, LLC and Peter Christoph Haider

JOINT STIPULATION AND [~~PROPOSED~~] ORDER          1          Case No.: 3:11-cv-00870-JSW (MEJ)

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION,** and good cause appearing, all currently pending case deadlines are **VACATED.** Counsel for the parties shall either file dismissals of the action or report to Magistrate Judge Cousins for a further settlement conference on or before December 14, 2012.

**IT IS SO ORDERED.**

Dated: ~~November~~ December 3, 2012

_____
The Honorable Jeffrey S. White